IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PATRICIA G. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:05-0010 |
| | ) | Judge Nixon |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) | Magistrate Judge Brown |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation in the above-styled matter (Doc. No. 14), to which no timely objections have been filed. Upon review of the Magistrate Judge's Report and Recommendation, the Court finds the recommendation therein to be well-founded and supported by the record. The Court therefore ADOPTS the Report in its entirety. Accordingly, Plaintiff's Motion for Judgment on the Pleadings (Doc. No. 10) is DENIED and the decision of the Commissioner is AFFIRMED. Accordingly, this action is hereby DISMISSED.

It is so ORDERED.

Entered this the 22nd day of August, 2005.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT